THOMAS A. ENNIS et al., Composing the Firm of ENNIS & STOPPANI, Respondents, *v.* CLARA A. GROVER, Appellant, Interpleaded in Place of the CITY OF NEW YORK.

*Ennis* v. *Grover*, 120 App. Div. 879, affirmed.
(Argued June 1, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1907, which affirmed a final judgment entered upon an order of Special Term overruling a demurrer to the complaint and directing final judgment in favor of the plaintiffs in an action to recover that part of an award in condemnation proceedings which had been allotted to the defendant, appellant.

*Daniel S. Remsen* for appellant.

*Harry W. Hayward* and *Charles D. Cleveland* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

───────────

UNITED STATES TITLE GUARANTY AND INDEMNITY COMPANY, Appellant, *v.* ELIZABETH GRIFFIN, Respondent.

*U. S. Title Guaranty & Ind. Co.* v. *Griffin*, 119 App. Div. 868, affirmed.
(Submitted June 2, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1907, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to enforce a covenant in a deed of real property.

*Hugo Hirsh* for appellant.

*Millard F. Tompkins* and *Grattan Colvin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.